UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LOIS BRADY, | ) | |
| Plaintiff(s), | ) | No. C 04-3179 BZ |
| v. | ) | **ORDER OF CONDITIONAL DISMISSAL** |
| WALTER R. CLYNE, et al., | ) | |
| Defendant(s). | ) | |

The parties to this matter having advised the Court that they have agreed to a settlement, **IT IS HEREBY ORDERED** that this action is **DISMISSED WITH PREJUDICE** and all scheduled matters are **VACATED**; provided, however, that any party may, within **30 days** of the date of this Order, move the Court to restore this matter to the calendar on the grounds that the settlement has not been consummated.

Dated: May 3, 2005

    /s/ Bernard Zimmerman
    Bernard Zimmerman
    United States Magistrate Judge

G:\BZALL\-BZCASES\BRADY\CONDITIONALORDEROF.DISMISSAL.wpd